481

PFALTZ & BAUER, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-881—)

CAPITOL PUBLICATIONS, INC., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF EDUCATION, Respondent.

*Opinion filed April 9, 1975.*

CAPITOL PUBLICATIONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 75-CC-886—)

TELEDYNE PHILBRICK, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 9, 1975.*

TELEDYNE PHILBRICK, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.